# Fully Executed Settlement Agreement

# Part 2 of 3

**PLEASE READ THE ABOVE AGREEMENT CAREFULLY. THIS SETTLEMENT AGREEMENT AND GENERAL RELEASE INCLUDES A RELEASE OF ALL KNOWN AND UNKNOWN CLAIMS.**

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above. I have been given the opportunity to seek the advice of counsel with respect to any questions I might have regarding my rights and obligations under this settlement agreement.

Dated: 1-28-18

_____
Plaintiff (Signature)

ANDREW AVALOS
Plaintiff (Print Name)

**PLEASE READ THE ABOVE AGREEMENT CAREFULLY. THIS SETTLEMENT AGREEMENT AND GENERAL RELEASE INCLUDES A RELEASE OF ALL KNOWN AND UNKNOWN CLAIMS.**

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above. I have been given the opportunity to seek the advice of counsel with respect to any questions I might have regarding my rights and obligations under this settlement agreement.

Dated: 1/16/18

_____
Plaintiff (Signature)

Brandon S Bailey
Plaintiff (Print Name)

11

**PLEASE READ THE ABOVE AGREEMENT CAREFULLY. THIS SETTLEMENT AGREEMENT AND GENERAL RELEASE INCLUDES A RELEASE OF ALL KNOWN AND UNKNOWN CLAIMS.**

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above. I have been given the opportunity to seek the advice of counsel with respect to any questions I might have regarding my rights and obligations under this settlement agreement.

Dated: 1/25/18

_____
Plaintiff (Signature)

MARIO CORONA
Plaintiff (Print Name)

11

PLEASE READ THE ABOVE AGREEMENT CAREFULLY. THIS SETTLEMENT AGREEMENT AND GENERAL RELEASE INCLUDES A RELEASE OF ALL KNOWN AND UNKNOWN CLAIMS.

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above. I have been given the opportunity to seek the advice of counsel with respect to any questions I might have regarding my rights and obligations under this settlement agreement.

Dated: 1-29-18

_____
Plaintiff (Signature)

JERRY JARRETT
Plaintiff (Print Name)

11

**PLEASE READ THE ABOVE AGREEMENT CAREFULLY. THIS SETTLEMENT AGREEMENT AND GENERAL RELEASE INCLUDES A RELEASE OF ALL KNOWN AND UNKNOWN CLAIMS.**

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above. I have been given the opportunity to seek the advice of counsel with respect to any questions I might have regarding my rights and obligations under this settlement agreement.

Dated: 1-17-18

_____
Plaintiff (Signature)

Jason C. Kimes
Plaintiff (Print Name)

11

**PLEASE READ THE ABOVE AGREEMENT CAREFULLY. THIS SETTLEMENT AGREEMENT AND GENERAL RELEASE INCLUDES A RELEASE OF ALL KNOWN AND UNKNOWN CLAIMS.**

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above. I have been given the opportunity to seek the advice of counsel with respect to any questions I might have regarding my rights and obligations under this settlement agreement.

Dated: 1-22-18

_____
Plaintiff (Signature)

JESUS LANDA
Plaintiff (Print Name)

11

**PLEASE READ THE ABOVE AGREEMENT CAREFULLY. THIS SETTLEMENT AGREEMENT AND GENERAL RELEASE INCLUDES A RELEASE OF ALL KNOWN AND UNKNOWN CLAIMS.**

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above. I have been given the opportunity to seek the advice of counsel with respect to any questions I might have regarding my rights and obligations under this settlement agreement.

Dated: 1/22/18                    _____
                                  Plaintiff (Signature)


                                  CHERIE ANN MILLER
                                  Plaintiff (Print Name)

11

**PLEASE READ THE ABOVE AGREEMENT CAREFULLY. THIS SETTLEMENT AGREEMENT AND GENERAL RELEASE INCLUDES A RELEASE OF ALL KNOWN AND UNKNOWN CLAIMS.**

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above. I have been given the opportunity to seek the advice of counsel with respect to any questions I might have regarding my rights and obligations under this settlement agreement.

Dated: 01/25/18           _____
                          Plaintiff (Signature)

                          RICKY MORENO
                          Plaintiff (Print Name)

11

PLEASE READ THE ABOVE AGREEMENT CAREFULLY. THIS SETTLEMENT AGREEMENT AND GENERAL RELEASE INCLUDES A RELEASE OF ALL KNOWN AND UNKNOWN CLAIMS.

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above. I have been given the opportunity to seek the advice of counsel with respect to any questions I might have regarding my rights and obligations under this settlement agreement.

Dated: 1/17/19

_____
Plaintiff (Signature)

JASON POULOS
Plaintiff (Print Name)

11

PLEASE READ THE ABOVE AGREEMENT CAREFULLY. THIS SETTLEMENT AGREEMENT AND GENERAL RELEASE INCLUDES A RELEASE OF ALL KNOWN AND UNKNOWN CLAIMS.

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above. I have been given the opportunity to seek the advice of counsel with respect to any questions I might have regarding my rights and obligations under this settlement agreement.

Dated: 1-18-2018

_____
Plaintiff (Signature)

TERRY SMITH
Plaintiff (Print Name)

**PLEASE READ THE ABOVE AGREEMENT CAREFULLY. THIS SETTLEMENT AGREEMENT AND GENERAL RELEASE INCLUDES A RELEASE OF ALL KNOWN AND UNKNOWN CLAIMS.**

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above. I have been given the opportunity to seek the advice of counsel with respect to any questions I might have regarding my rights and obligations under this settlement agreement.

Dated: 1-25-18

_____ //31
Plaintiff (Signature)

STEVE SPAHR
Plaintiff (Print Name)

11

PLEASE READ THE ABOVE AGREEMENT CAREFULLY. THIS SETTLEMENT AGREEMENT AND GENERAL RELEASE INCLUDES A RELEASE OF ALL KNOWN AND UNKNOWN CLAIMS.

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in this Settlement Agreement and Release, as set forth in the above. I have been given the opportunity to seek the advice of counsel with respect to any questions I might have regarding my rights and obligations under this settlement agreement.

Dated: 01-29-18

_____
Plaintiff (Signature)

BRANDON JAENZ
Plaintiff (Print Name)

11